## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE CHUNG, individually and on :
behalf of all persons and entities :
similarly situated, :
     *Plaintiff,* :
      :      NO. 1:26-cv-01529-JPW
     v. :
      :
U-RELAX MOVING CO., :
     *Defendant,* :

## ORDER

**AND NOW**, this ___ Day of _____, 2026, upon consideration of

Defendant's Partial Motion to Dismiss or, in the Alternative, to Strike Plaintiff's

Class Allegations, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's class allegations are DISMISSED pursuant to Federal Rule of

Civil Procedure 12(b)(6).

**BY THE COURT:**

_____
                               **J.**

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE CHUNG, individually and on :
behalf of all persons and entities :
similarly situated, :
     *Plaintiff,* :
                    :     NO. 1:26-cv-01529-JPW
     v. :
                    :
U-RELAX MOVING CO., :
     *Defendant,* :

## U-RELAX MOVING CO.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS

**AND NOW** on the 10th day of July, 2026 comes the U-RELAX MOVING CO., by and through its counsel, Summers Nagy Law Offices, and files this Motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In the alternative, Defendant moves pursuant to Federal Rule of Civil Procedure 12(f) to strike Plaintiff's class allegations.

1.     Plaintiff filed a Complaint on or about June 4th, 2026.

2.     Plaintiff's Complaint alleges that Defendant called him multiple times despite his number being registered on the National Do Not Call Registry.

3.     Under Federal Rule of Civil Procedure 12(b)(6), a complaint must state a claim upon which relief can be granted by pleading sufficient factual matter to state a plausible claim for relief.

2

4.     Plaintiff's Complaint fails to state a plausible claim because it contains no factual allegations identifying any individuals other than Plaintiff who allegedly received telephone calls from Defendant, nor does it allege facts supporting the existence of a nationwide class.

5.     Instead, Plaintiff relies solely on conclusory assertions that he seeks to represent similarly situated individuals.

6.     Such allegations are insufficient under Federal Rule of Civil Procedure 8 and the pleading standards articulated in *Bell Atlantic Corp. v. Twombly* and *Ashcroft v. Iqbal*.

**WHEREFORE**, Defendant respectfully requests that the Court dismiss Plaintiff's class allegations pursuant to Rule 12(b)(6), or alternatively strike the class allegations pursuant to Rule 12(f). Defendant further requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

SUMMERS NAGY LAW OFFICES

*/s/Sean E. Summers*

By: _____
Sean E. Summers, PA I.D. 92141
35 South Duke Street
York, PA 17401
(717) 812-8100 | Fax: (717) 812-8108
E-Mail: ssummers@summersnagy.com
*Counsel for Defendant, U-Relax Moving Co.*

Dated: July 10, 2026

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEVE CHUNG, individually and on :
behalf of all persons and entities  :
similarly situated,                 :
　　　*Plaintiff,*                   :
                                    :　　NO. 1:26-cv-01529-JPW
　　v.                              :
                                    :
U-RELAX MOVING CO.,                 :
　　　*Defendant,*                  :

## CERTIFICATE OF SERVICE

I, Sean E. Summers, Esquire, hereby certify that on this 10th day of July, 2026,

a copy of the foregoing Motion to Dismiss or, in the alternative, Motion to Strike

has been served upon the following parties via CM/ECF and electronic mail,

addressed as follows:

Jeremy C. Jackson
Bower Law Associates, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
jjackson@bower-law.com
*Counsel for Defendants*

SUMMERS NAGY LAW OFFICES

　　　　　　*/s/Sean E. Summers*
By: _____
Sean E. Summers, PA I.D. 92141
35 South Duke Street, York, PA 17401
(717) 812-8100| Fax: (717) 812-8108
Dated: July 10, 2026　　　E-Mail: ssummers@summersnagy.com