# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE CHUNG, individually and on behalf of all persons and entities similarly situated,

        Plaintiff,

        v.

U-RELAX MOVING CO.,

        Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

Civil No. 1:26-CV-01529

Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 9th day of July, 2026, in accordance with the court's order regarding motions to dismiss, Doc. 4, **IT IS ORDERED THAT** Defendant's motion to dismiss, Doc. 8, and brief in support, Doc. 9, are **STRICKEN** for failure to provide the required certification of conference. To permit the parties time to meaningfully meet and confer as required by the court's order regarding motions to dismiss, Doc. 4, **IT IS ORDERED THAT** the court sua sponte extends the deadline to respond to Plaintiff's complaint to **July 23, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania