# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE CHUNG, individually and on :
behalf of all persons and entities :
similarly situated, :
    *Plaintiff,* :
                :      NO. 1:26-cv-01529-JPW
    v. :
                :
U-RELAX MOVING CO., :
    *Defendant,* :

## CERTIFICATE OF NONCONCURRENCE
## <u>PURSUANT TO LOCAL RULE OF COURT 7.1</u>

I, Sean E. Summers, Esquire, Counsel for Defendant, conferred with counsel

for Plaintiff on July 9, 2026, and Plaintiff does <u>not</u> concur in the Motion to Dismiss.


             Respectfully submitted,

             SUMMERS NAGY LAW OFFICES


             By: /s/ *Sean E. Summers*
Dated: July 10, 2026         Sean E. Summers, PA I.D. 92141

4