IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE CHUNG, individually and on :    Civil No. 1:26-CV-01529
behalf of all persons and entities :
similarly situated, :
    :
      Plaintiff, :
    :
      v. :
    :
U-RELAX MOVING CO., :
    :
      Defendant. :    Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 10th day of July, 2026, in accordance with the court's order regarding motions to dismiss, Doc. 4, **IT IS ORDERED THAT** Defendant's motion to dismiss, Doc. 12, and brief in support, Doc. 13, are again **STRICKEN** for failure to provide the required certification of conference. To permit the parties time to meaningfully meet and confer as required by the court's order regarding motions to dismiss, Doc. 4, **IT IS ORDERED THAT** the court maintains the extended deadline of **July 23, 2026**, for Defendant to respond to Plaintiff's complaint. The court reminds counsel that the order regarding motions to dismiss, Doc. 4, provides:

> [T]he parties must meet and confer prior to the filing of such a motion to determine whether the motion can be avoided. The duty to meet and confer extends to all parties, including those appearing *pro se*. Consistent with this order, **motions must be accompanied by a certificate of the movant** stating that the moving party has made good faith efforts to confer with the nonmovant(s) to determine whether the

1

identified pleading deficiencies may be cured by amendment. The certificate must specify when the conference occurred, how the conference occurred, who participated in the conference, and specify whether any pleading deficiencies were resolved during the conference.

(Doc. 4, p. 1 (emphasis in original).)  As detailed in the order, all parties are subject to sanctions if they fail to engage with the meet-and confer process.  (*Id.* at 2.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania