## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE CHUNG, individually and on :
behalf of all persons and entities :
similarly situated, :
     *Plaintiff,* :
      :
      :     NO. 1:26-cv-01529-JPW
     v. :
      :
U-RELAX MOVING CO., :
     *Defendant,* :

### CERTIFICATE OF NON-CONCURRENCE

Per the Court's Order, the parties, by and through counsel, have conferred regarding Defendant's Motion to Dismiss. Initially, counsel spoke on the telephone regarding the Court's Order striking the Motion to Dismiss. Thereafter, counsel met vis-a-vis Zoom platform (rather than in person) because plaintiff's counsel resides in Massachusetts and defense counsel resides in Pennsylvania. After discussing Defendant's Motion to Dismiss and Defendant's arguments, Plaintiff has determined that he is unable to amend his allegations based upon the information currently known to him. The undersigned participated in the meet and confer conference along with plaintiff's lead counsel, Anthony Paronich. The meet and confer conference took place on July 22, 2026, beginning at 11am.

Respectfully submitted,

SUMMERS NAGY LAW OFFICES

*/s/Sean E. Summers*

By: _____
Sean E. Summers, PA I.D. 92141
35 South Duke Street
York, PA 17401
(717) 812-8100 | Fax: (717) 812-8108
Dated: July 22, 2026      E-Mail: ssummers@summersnagy.com
*Counsel for Defendant, U-Relax Moving Co.*