## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE CHUNG, individually and on :
behalf of all persons and entities :
similarly situated, :
     *Plaintiff,* :
      :     NO. 1:26-cv-01529-JPW
     v. :
      :
U-RELAX MOVING CO., :
     *Defendant,* :

## ORDER

**AND NOW**, this ___ Day of _____, 2026, upon consideration of

Defendant's Partial Motion to Dismiss or, in the Alternative, to Strike Plaintiff's

Class Allegations, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's class allegations are DISMISSED pursuant to Federal Rule of

Civil Procedure 12(b)(6).

**BY THE COURT:**

_____
                                     **J.**