**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEVE CHUNG,

**Plaintiff(s),**

**v.**

U-RELAX MOVING CO.,

**Defendant(s)/**
**Third-Party Plaintiff(s),**

**v.**

,

**Third-Party Defendant(s).**

**Civil Action No.** 1:26-cv-01529

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant (type of party), who is U-Relax Moving Co. (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

☑ YES ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

N/A

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Sean E. Summers
Signature of Counsel for Party

Date: 10/5/26