**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVE CHUNG, | : | Civil No. 1:26-cv-01529 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| U-RELAX MOVING CO., | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# CASE MANAGEMENT ORDER

Counsel participated in a telephonic case management conference with the court on October 5, 2026, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

## Summary of Dates and Deadlines

| | |
|---|---|
| Joinder of additional parties: | March 23, 2027 |
| Amended pleadings: | March 23, 2027 |
| Discovery Disputes: | March 19, 2027 |
| Status conference: | March 24, 2027, at 9:15 a.m. |
| Fact discovery: | April 30, 2027 |
| Dispositive motions and supporting briefs: | August 30, 2027 |
| Plaintiff's expert reports: | May 28, 2027 |
| Defendant's expert reports: | July 2, 2027 |
| Supplemental and rebuttal expert reports: | July 16, 2027 |
| Expert discovery: | August 13, 2027 |
| Trial: | November 1, 2027 |

**IT IS ORDERED THAT**:

1. **Joinder of Additional Parties and Amended Pleadings.** All additional parties shall be joined by **March 23, 2027**. Amended pleadings are due by **March 23, 2027**.

2. **Trial List.** The above case is hereby placed on the **November 1, 2027**, trial list.[1]

3. **Discovery Disputes.** The final deadline to file a discovery dispute shall be six (6) weeks prior to the close of fact discovery.

4. **Status Conference.** A status conference will be conducted via telephone by the court on **March 24, 2027, at 9:15 a.m.**[2] The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. The purpose of this conference will be to discuss any outstanding discovery

---

[1] The court schedules every civil case on its docket on a trial list date. A trial list date is distinct from a trial date certain. The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain. If any dispositive motion is filed in this case, the court will generally continue the trial list date, pending resolution of the dispositive motion. However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.

[2] Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals. If you dial in and another call is in progress, please wait until the courtroom deputy announces your case. The courtroom deputy is aware when a new caller joins the conference. You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress. When your case is called, state your name and client. Be advised that court staff are monitoring the conference at all times.

issues, settlement options, and any other issues. Participation in this conference by counsel and by self-represented parties is mandatory. Any counsel of record may participate in this conference call, as long as the attorney taking the lead for the conference is fully prepared to address the above matters.

**5.** **Fact Discovery.** Fact discovery shall be completed by **April 30, 2027**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

**6.** **Expert Reports and Expert Discovery**. Plaintiff's expert reports are due on **May 28, 2027**. Defendant's expert reports are due on **July 2, 2027**. Supplemental and rebuttal expert reports are due on **July 16, 2027**. Expert discovery shall be completed by **August 13, 2027**.

**7.** **Dispositive Motions.** Dispositive motions and supporting briefs shall be filed by **August 30, 2027**. Briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date.

**8.** The court will not consider any submission filed after the deadlines established in this order or, in the absence of a court order, the Federal Rules of Civil Procedure, or the Local Rules of the Middle District of Pennsylvania, unless counsel includes a written explanation for the lateness along with the late

submission and the court concludes that the lateness was substantially justified or unavoidable.

**9.** Counsel and parties shall not mutually agree to extend any time periods established by the court's case management order, the Local Rules, or the Federal Rules of Civil Procedure without the approval of the court. Requests for extension of time must comply with Local Rule 7.5.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: October 7, 2026